# United States District Court

WESTERN DISTRICT OF WASHINGTON

|  | JUDGMENT IN A CIVIL CASE |
|---|---|
| In Re: | Affirming Bankruptcy Court's Order |
| WILLIAM MARSHALL WELDON and | Denying Discharge |
| SUZANNE LOREE WELDON, | |
| v. | |
| | CASE NUMBER: |
| SALLIE MAE, INC., | |

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Bankruptcy' Court's decision denying discharge of the Weldons discharge from their student loan debt is AFFIRMED.

DATED :     4/22/2009

                                                    BRUCE  RIFKIN
                               *Clerk*

                                         /s/   Jean Boring
                                *(By) Deputy Clerk*, Jean Boring